UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                            :
In re:                                      :   Chapter 11
                                            :
Rimi Woodcraft Corp.,                       :   Case No.: 17-20002 (RDD)
                                            :
                    Debtor.                 :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion (the "Motion") of the debtor and debtor in possession herein (the "Debtor") for an order under 11 U.S.C. § 1112(b) dismissing this case; and there being due and sufficient notice of the Motion; and the only objection to the Motion having been withdrawn; and upon the record of the hearing held by the Court on the Motion on October 2, 2018 and all of the proceedings herein; and, after due deliberation, the Court having determined that the Debtor has established sufficient cause for the dismissal of this case; and it further appearing that the dismissal of this case, rather than its conversion to a case under chapter 7 of the Bankruptcy Code, is in the interests of creditors; now, therefore, it is hereby

**ORDERED** that the Motion is granted and this chapter 11 case is dismissed; provided, that the Court's order approving the auction sale and distribution of the Debtor's assets shall survive the dismissal of this case; and it is further

**ORDERED**, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, and any applicable interest pursuant to 31 U.S.C. § 3717, within ten (10) days of the entry of this order and simultaneously provide to the United

States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period, if not already paid.

Dated: White Plains, New York
October 2, 2018

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE